**In the United States District Court**
**for the District of Massachusetts**

David Lynwood

v.

Jacob J. LEW

Civil Action 13-CV-40072



Dear Clerk,

Please file the enclosed Affidavit of Service of the Summons in a Civil Action into the record of civil action 13-CV-40072

Thank you,

*David Lynwood* (signature)

David Lynwood

July 12, 2013

By CERTIFIED MAIL
#7009 3410 0001 9264 8466

## SUMMONS IN A CIVIL ACTION

United States District Court
for the
District of Massachusetts

Civil Action File No.

David Lynwood

Plaintiff,

SUMMONS 13-CV-40072

v.

Jacob J. LEW

Defendant.

To the above named Defendant(s):   Jacob J LEW ; 1500 Pennsylvania Avenue NW; city of Washington, District of Columbia; [20220]

You are hereby summoned and required to serve upon

David Lynwood
465 Salisbury Street
Holden, Massachusetts [01520]

AND FILE WITH THE CLERK OF THE COURT
an answer to the complaint which is herewith served upon you, within 20 days of service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**ROBERT M. FARRELL**
Acting Clerk

~~Sarah Allison Thornton - Clerk~~

*[signature]* Sherry Jones
Deputy Clerk

(Seal of Court)

Date:

Clerk, U.S. District Court for the District of Massachusetts; 1 Courthouse Way; Boston, Massachusetts 02210

NOTE: This summons is issued pursuant to Rule 4 of the Federal Rules of Civil Procedure

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DAVID LYNWOOD
    Plaintiff

vs.

JACOB J LEW
    Defendant

Case Number: 13-CV-40072

\* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF SERVICE

The undersigned hereby certifies as follows:

1. That I am a competent private person over eighteen (18) years of age and not a party to the above action.

2. That I served upon **Stephen Lynch, Mail room clerk, who acknowledged that he is authorized to accept on behalf of JACOB J LEW** (Description: Sex: **M**, Race: **african-american**, Height: **5ft 2in - 5ft 5in**, Weight: **166 - 180 lbs.**, Approximate Age: **34 - 39**) on **6/19/2013**, at **3:33 PM**, at 1500 Pennsylvania Ave NW, Washington, DC 20220, by leaving with **Stephen Lynch, Mail room clerk, who acknowledged that he is authorized to accept on behalf of JACOB J LEW** a copy of the following:

*Summons, Libel of Review (Common Law Counterclaim in Admiralty, Notice of Lis Pendens, and Allocution Affidavit #11-40023) Re: God-given unalienable rights on the original estate - Article II: Constitution, Indictment, Demand to Dismiss for Improper Indictment, Attachments*

I do solemnly declare and affirm under the penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

Kevin Dillard
**Monumental Process Servers, Inc.**
808 L Street SE
Washington DC 20003
[410] 523-4980

Subscribed and sworn to before me, a Notary Public for the District of Columbia, this _20th_ day of June, 2013.

Rosanna Settles
My Commission Expires: 10/31/2016