**In the United States District Court**
**for the District of Massachusetts**

| | |
|---|---|
| David Lynwood | }<br>}<br>} Civil Action 13-CV-40072<br>}<br>}<br>}<br>}<br>}<br>} |
| v. | |
| Jacob J. LEW | |

*(FILED IN CLERK'S OFFICE 2013 JUL 19 P 12: 24 U.S. DISTRICT COURT DISTRICT OF MASS.)*

**Default judgment**

Jacob J. LEW has failed to assert any claim to David Lynwood by proving the certificate of search in the district court to be faulty or fraudulent within the twenty days stipulated. As stipulated on the summons properly formed and served by Kevin Dillard. Process server for Monumental Process Servers, Inc. on June 19, 2013 at 3:33 PM as evidenced by AFFIDAVIT OF SERVICE, Document #    on the docket sheet of this case.

> You are hereby summoned and required to serve upon plaintiff, whose address is: David Lynwood; 465 Salisbury Street Holden Massachusetts [01520]  AND FILE WITH THE CLERK OF THE COURT an answer to the complaint which is herewith served upon you, within twenty 20 days of service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

default judgment is hereby entered and the injunctive relief sought in the counterclaim is awarded to David Lynwood.  Jacob J. LEW is by law to

1

forfeit seizure upon David Lynwood's property and person. If Jacob J. LEW fails to do so, a certificate of exigent circumstances will issue calling for Jacob J. LEW 's arrest in the cognizance of the State Department and Speaker of the House.

                                                David Lynwood
                                                465 Salisbury Street

                                                Holden, Massachusetts
                                                [01520]

The round-date and certificate of mailing testify that certified copies of this default judgment were posted as follows:

| | |
|---|---|
| United States District Court<br>for the District of Massachusetts<br>595 Main Street<br>Worcester, Massachusetts.<br>                [01608] | Registered mail # 7009 3410 0001 9264 8459 |
| Jacob J. LEW<br>1500 Pennsylvania Avenue NW<br>City of Washington, District of Columbia.<br>                [20220] | Registered mail # 7009 3410 0001 9264 8428 |

2